**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIANNE MOONEY,
as Personal Representative of the
Estate of
Charles S. Ainsworth,

                Plaintiff,

-vs-                                   Case No. 6:06-cv-270-Orl-28DAB

FLORIDA AGGREGATE SALES, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 32) filed June 29, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 9, 2007 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement is **GRANTED** in part. The agreement for Defendant to pay Plaintiff a total of $8,000.00 and Plaintiff's attorneys $10,000.00 is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of

the FLSA issues. The other terms of the Settlement Agreement do not need approval and are not approved by this Court.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of August, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party